

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00061-CV |
| Style: | Soliz Automotive Inc. d/b/a Collision Specialist #1 v. Skopos Financial, LLC |

| | |
|---|---|
| Date motion filed[*]: | November 3, 2015 |
| Type of motion: | Motion to Extend Time to File Motion for Rehearing |

| | |
|---|---|
| Party filing motion: | Appellant |
| Document to be filed: | Motion for Rehearing |

If motion to extend time:

| | |
|---|---|
| Original due date: | November 4, 2015 |
| Number of previous extensions granted: | Current Due date: |
| Date Requested: | January 4, 2016 |

Ordered that motion is:

    ☑    **Granted in part**

        If document is to be filed, document due: **December 4, 2015**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:   _/s/ Terry Jennings_
              ☑ Acting individually     ☐ Acting for the Court

Date:   November 24, 2015